IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM GOMEZ,<br>　　　　PLAINTIFF,<br><br>v.<br>SNICKERS INC., and FIRST BANKS, INC., d/b/a First Bank, f/k/a Maywood-Proviso State Bank, as trustee of a Trust Agreement dated April 1, 1971 and known as Trust Agreement No. 2758<br><br>　　　　DEFENDANT. | 15 cv 8384<br><br>Hon. Rebecca R. Pallmeyer<br><br>Hon. Sidney I. Schenkier<br><br>Jury Trial Demanded |

**NOTICE OF FILING**

**To:　John Steele**
　　　**Accessibility Law Group**
　　　**500 Michigan Avenue, Suite 600**
　　　**Chicago, IL 60611**
　　　**Jsteele@accessibilitylawgroup.com**

　　PLEASE TAKE NOTICE that on the **28TH day of October, 2015**, we will have caused to be filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, **ANSWER and AFFIRMATIVE DEFENSES**, a copy of which is hereto attached.

ANDREOU & CASSON, LTD.
Attorneys for Snickers, INC
661 West Lake St., Suite 2N
Chicago, Illinois 60661
PH: (312) 935-2000
FX: (312) 935-2001

**PROOF OF SERVICE**

　　The undersigned, an attorney, under penalties as provided by law pursuant to Ill. Rev. Stat. Chap. 110 Sec. 1-109, hereby certify and state that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the all CM/ECF participants of record, and by U.S. Mail to John Steele on this 28th day of October, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/Courtney E.Lindbert_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Courtney E. Lindbert

1