## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIAM GOMEZ,<br><br>*Plaintiff*,<br><br>v.<br><br>SNICKERS INC.; and FIRST BANKS, INC., d/b/a First Bank, f/k/a Maywood-Proviso State Bank, as trustee of a Trust Agreement dated April 1, 1971 and known as Trust Agreement No. 2758,<br><br>*Defendants*. | 15-cv-8384 |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, that all claims asserted in the above-captioned case may be dismissed with prejudice and on the merits, and that this Court may enter an Order dismissing the action with prejudice and without costs, expenses, or disbursements to any party.

Dated: January 12, 2016

**ANDREAOU & CASSON, LTD**

Courtney E. Linbert
661 West Lake Street, Suite 2N
Chicago, IL 60661
(312) 935-2000
clindbert@andreou-casson.com
***Attorney for Defendants***

Dated: January 12, 2016

**ACCESSIBILITY LAW GROUP**

By: ___/s/ John Steele_____
John L. Steele (#6292158)
500 Michigan Avenue, Suite 600
Chicago, Illinois 60611
E-mail: jsteele@accessibilitylawgroup.com
Phone: (312) 396-4154
***Attorney for Plaintiff***